# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JASON C. SHEPPARD, | : | No. 80 WM 2015 |
| Petitioner | : | |
| v. | : | |
| BRENDAN T. CONWAY, GARY EVAN GERSON, MARK G. WEITZMAN, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.